UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRAMMELL CROW RESIDENTIAL COMPANY | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-cv-02914-N |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), Plaintiff Trammell Crow Residential Company ("Trammell Crow") and Defendant American International Specialty Lines Insurance Company ("AISLIC") (collectively the "Parties") hereby stipulate to a dismissal of this action with prejudice, as follows:

1.  The Parties have reached an agreement to settle all claims that Trammell Crow has brought in this lawsuit.

2.  Trammell Crow has agreed to dismiss all of its claims against AISLIC asserted in the above-entitled and numbered action with prejudice to the re-filing of same.

4.  Counsel for the Parties have respectively indicated their consent by their e-signatures below.

5.  Each Party shall be responsible for its own fees and expenses related to this litigation.

WHEREFORE PREMISES CONSIDERED, the Parties respectfully request that this Court dismiss all claims asserted by Trammell Crow against AISLIC in the above-entitled and numbered matter with prejudice, with costs to be borne by the party incurring the same.

Respectfully submitted,

*/s/ Ernest Martin, Jr.*
Ernest Martin, Jr.
Texas Bar No. 13063300
*ernest.martin@haynesboone.com*

Tae Andrews
Texas Bar No. 24092041
*tae.andrews@haynesboone.com*
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:    (214) 651-5641
Telecopier:    (214) 200-0519

ATTORNEYS FOR PLAINTIFF


*/s/ Christopher R. Teske*
Christopher R. Teske
Texas Bar No. 24081556
*cteske@glllawa.com*

Robert I. Siegel
Texas Bar No. 24054171
*rsiegel@glllaw.com*

Margaret V. Glass
Texas Bar No. 24091315
*mglass@glllaw.com*

GIEGER, LABORDE & LAPEROUSE L.L.C.
701 Poydras Street, Suite 4800
New Orleans, LA 70139
Telephone:    (832) 255-6000
Telecopier:    (832) 255-6001

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Christopher R. Teske
Gieger, Laborde & Laperouse L.L.C.
701 Poydras Street, Suite 4800
New Orleans, LA 70139

Robert I. Siegel
Gieger, Laborde & Laperouse L.L.C.
701 Poydras Street, Suite 4800
New Orleans, LA 70139

Margaret V. Glass
Gieger, Laborde & Laperouse L.L.C.
701 Poydras Street, Suite 4800
New Orleans, LA 70139

/s/ Ernest Martin, Jr.
Ernest Martin, Jr.

16115678_1